UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:10-CR-87-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMARIELLE EQUWAN DARDEN | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Friday, November 12, 2010, in Wilmington. The case is hereby CONTINUED to December 2010 term of court in Wilmington, North Carolina.

This 29th day of October 2010.

James C. Fox
Senior U.S. District Judge