IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00087-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMARIELLE EQUWAN DARDEN, | ) | |
| Defendant. | ) | |

This matter is before the court on Jamarielle Equwan Darden's August 25, 2016 letter motion [DE-57]. In his letter motion, Darden requests that this court amend his Presentence Report (PSR") to reflect that he used drugs within one year prior to his federal incarceration. Darden explains that if his PSR is not changed, he does not qualify for the "drug program."

Because Darden's PSR was fully adopted by this court at his sentencing held on December 9, 2010, his request to amend his PSR must be denied. Consequently, Darden's August 25, 2016 letter motion [DE-57] is DENIED.

SO ORDERED.

This 30 day of August 2016.

JAMES C. FOX
Senior United States District Judge