IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00087-F-1
No. 5:16-CV-00488-F

| | |
|---|---|
| JAMARIELLE EQUWAN DARDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on Jamarielle Equwan Darden's *pro se* Motion to Stay [DE-62]. In his motion, Darden requests that this court hold his case in abeyance pending a decision in *In re: James Irby, III*, No. 16-601, a case pending before the Fourth Circuit Court of Appeals. Within ten (10) days hereof, the Government is DIRECTED to file a response.

SO ORDERED.

This 30 day of September, 2016.

_James C. Fox_
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE